**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 15-70229-JAD |
| William D. Stufft, | : | |
| Debtor | : | Chapter 13 |
| | : | |
| William D. Stufft, | : | Docket No. 53 |
| Movant | : | |
| | : | Hearing Date & Time: May 1, 2020 |
| v. | : | 11:00 AM |
| | : | |
| Carrington Mortgage Services, | : | |
| Respondent | : | |

### CERTIFICATION OF NO OBJECTION REGARDING DEBTOR'S OBJECTION TO CARRINGTON MORTGAGE SERVICES' NOTICE OFMORTGAGE PAYMENT CHANGE DATED MARCH 4, 2020

The undersigned hereby certifies that as of the date hereof, no answer, no objection or other responsive pleading to the Debtor's Objection to Carrington Mortgage Services' Notice of Mortgage Payment Change dated March 4, 2020 filed on March 19, 2020, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Debtor's Objection to Carrington Mortgage Services' Notice of Mortgage Payment Change dated March 4, 2020 appears thereon. Pursuant to the Notice of Hearing, objections to the Debtor's Objection to Carrington Mortgage Services' Notice of Mortgage Payment Change dated March 4, 2020 were to be filed and served no later than April 6, 2020.

It is hereby respectfully requested that the Order attached to the Debtor's Objection to Carrington Mortgage Services' Notice of Mortgage Payment Change dated March 4, 2020 be entered by the Court.

Dated: April 9, 2020                     /s/ Kenneth P. Seitz, Esquire
                                                          Kenneth P. Seitz, Esquire
                                                          PA I.D. # 81666
                                                          Law Offices of Kenny P. Seitz
                                                          P.O. Box 211
                                                          Ligonier, PA 15658
                                                          (814) 536-7470