# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 15-70229-JAD |
| William D. Stufft, | : | |
| Debtor | : | Chapter 13 |
| | : | |
| William D. Stufft, | : | Docket No. |
| Movant | : | |
| | : | Related to Docket No. 51 |
| v. | : | |
| | : | Hearing Date & Time: May 1, 2020 |
| Carrington Mortgage Services, | : | 11:00 AM |
| Respondent | : | |

## ORDER

**AND NOW**, this <u>22nd</u> day of <u>April</u>, <u>2020</u>, upon consideration of the Objection to Carrington Mortgage Serives' Notice of Mortgage Payment Change dated March 4, 2020 it is hereby ORDERED and DECREED as follows:

1. The payment change notice and monthly payment change as stated in the mortgage payment change notification dated March 4, 2020 filed by Carrington Mortgage Services, is Disallowed.

2. The monthly payment to Carrington Mortgage Services shall remain the same until further Order of Court.

BY THE COURT:

_____ sjk
Jeffery A. Deller
United States Bankruptcy Judge

FILED
4/22/20 10:23 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 15-70229-JAD
William D Stufft                                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: dkam              Page 1 of 1              Date Rcvd: Apr 22, 2020
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 24, 2020.
db             +William D Stufft,    1788 Barefoot Road,    Alum Bank, PA 15521-8064

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 22, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, National Association
               andygornall@latouflawfirm.com
              James Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Debtor William D Stufft thedebterasers@aol.com
              Kevin Scott Frankel    on behalf of Creditor    JPMorgan Chase Bank, NA. pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas Song    on behalf of Creditor    Wilmington Savings Fund Society, FSB, et.al pawb@fedphe.com
                                                                                              TOTAL: 7