# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>WILLIAM D STUFFT<br><br>    Debtor(s)<br>Ronda J. Winnecour, Trustee<br>  Movant<br>  vs.<br>WILLIAM D STUFFT<br><br>    Respondents | Case No.15-70229JAD<br><br>Chapter 13<br><br>Related to<br>Document No. 56 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this ___29th___ day of ___April___, 20_20_, it is hereby ORDERED, ADJUDGED, and DECREED that,

Ridgetop Orchards Llc
Attn: Payroll Manager
2953 Valley Rd
Fishertown, PA 15539

is hereby ordered to immediately terminate the attachment of the wages of WILLIAM D STUFFT, social security number XXX-XX-8643. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of WILLIAM D STUFFT.

cc: Debtor(s)
 Debtor(s) Attorney
 Debtor(s) Employer

BY THE COURT:

_____sjk_____

UNITED STATES BANKRUPTCY JUDGE

Jeffery A. Dellerz

FILED
4/29/20 3:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 15-70229-JAD
William D Stufft                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: dkam              Page 1 of 1             Date Rcvd: Apr 29, 2020
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 01, 2020.
db             +William D Stufft,    1788 Barefoot Road,    Alum Bank, PA 15521-8064

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 29, 2020 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, National Association
           andygornall@latouflawfirm.com
          James  Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank, National Association
           bkgroup@kmllawgroup.com
          Kenneth P. Seitz    on behalf of Debtor William D Stufft thedebterasers@aol.com
          Kevin Scott Frankel    on behalf of Creditor    JPMorgan Chase Bank, NA. pabk@logs.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Thomas  Song    on behalf of Creditor    Wilmington Savings Fund Society, FSB, et.al pawb@fedphe.com
                                                                                             TOTAL: 7