**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**William D Stufft**
Debtor(s)

Bankruptcy Case No.: 15−70229−JAD
Related To Doc. No. 61
Chapter: 13
Docket No.: 62 − 61

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 26th of June, 2020, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 7/24/20.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **8/5/20 at 11:00 AM in Telephone Conference** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **7/24/20.**

Jeffery A. Deller<br>
United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 15-70229-JAD
William D Stufft                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7         User: msch          Page 1 of 1         Date Rcvd: Jun 26, 2020
                             Form ID: 408        Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2020.
```
db             +William D Stufft,    1788 Barefoot Road,     Alum Bank, PA 15521-8064
cr             +CARRINGTON MTG SERV WILMINGTON SAVINGS,     1600 S. DOUGLASS RD.,    ANAHEIM, CA 92806-5948
14021824       +Aas Debt Recovery Inc,    Po Box 129,    Monroeville, PA 15146-0129
14021826       +Chestnut Ridge Area Joint Municipal Auth,     320 Lane Metal Road,    New Paris, PA 15554-9238
14029489       +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
14021832       +Penelec,   P.O. Box 3687,    Akron, OH 44309-3687
14021833       +Somerset Trust,    151 West Main Street,    Somerset, PA 15501-2068
15183790       +WILMINGTON SAVINGS, CARRINGTON MTG SERV,     1600 S. DOUGLASS RD.,    ANAHEIM, CA 92806-5948
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14021827       +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 27 2020 04:23:44      Credit Coll,
                 Po Box 9134,    Needham, MA 02494-9134
14021828       +E-mail/Text: bknotice@ercbpo.com Jun 27 2020 04:23:05       Enhanced Recovery Co L,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
14021829       +E-mail/Text: bankruptcy.notices@hdfsi.com Jun 27 2020 04:23:31      Esb/Harley Davidson Cr,
                 Po Box 21829,    Carson City, NV 89721-1829
14021830        E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 27 2020 04:23:13      Jefferson Capital Syst,
                 16 Mcleland Rd,    Saint Cloud, MN 56303
14050313        E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 27 2020 04:27:21
                 JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    OH4-7142,    Columbus, OH 43219
14021825        E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 27 2020 04:28:33       Chase Home Mortgage,
                 P.O. Box 78420,    Phoenix, AZ 85062
14021831       +E-mail/PDF: cbp@onemainfinancial.com Jun 27 2020 04:27:16       OneMain Financial,
                 9457 Lincoln Highway STE 103,     Bedford, PA 15522-3762
                                                                                              TOTAL: 7
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              CARRINGTON MORTGAGE SERVICES, LLC
cr              JPMorgan Chase Bank, NA.
cr              JPMorgan Chase Bank, National Association
cr              Wilmington Savings Fund Society, FSB, et.al
14048120      ##+Penelec,    331 Newman Springs Rd., Bldg. 3,    Red Bank, NJ 07701-6771
                                                                                  TOTALS: 4, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2020 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, National Association
               andygornall@latouflawfirm.com
              James Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com
              Jerome B. Blank    on behalf of Creditor    CARRINGTON MORTGAGE SERVICES, LLC pawb@fedphe.com
              Kenneth P. Seitz    on behalf of Debtor William D Stufft thedebterasers@aol.com
              Kevin Scott Frankel    on behalf of Creditor    JPMorgan Chase Bank, NA. pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas Song    on behalf of Creditor    Wilmington Savings Fund Society, FSB, et.al pawb@fedphe.com
                                                                                              TOTAL: 8
```