**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>WILLIAM D STUFFT<br><br>        Debtor(s)<br><br>Ronda J. Winnecour<br>  Chapter 13 Trustee,<br>        Movant<br>      vs.<br>No Respondents. | Case No.:15-70229 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

   1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
   2. Approve the Trustee's Report of Receipts and Disbursements,
   3. Terminate wage attachments,
   4. Revest property of the estate in the debtor(s), and
   5. Enter a final decree and close this case.

June 26, 2020

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 04/01/2015 and confirmed on 6/5/15 . The case was subsequently        Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 60,751.49 |
| Less Refunds to Debtor | 1,101.28 | |
| TOTAL AMOUNT OF PLAN FUND | | 59,650.21 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 3,648.00 | |
|     Trustee Fee | 2,496.70 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,144.70 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY F | 0.00 | 32,965.42 | 0.00 | 32,965.42 |
|     Acct: 1916 | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY F | 4,631.22 | 4,631.22 | 0.00 | 4,631.22 |
|     Acct: 1916 | | | | |
|   CHESTNUT RIDGE AREA JOINT MUNIC AI | 3,443.40 | 3,443.40 | 790.82 | 4,234.22 |
|     Acct: 730 | | | | |
|   HARLEY DAVIDSON CREDIT CORP* | 9,798.24 | 9,798.24 | 1,567.49 | 11,365.73 |
|     Acct: 6522 | | | | |
|   ONE MAIN FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1243 | | | | |
| | | | | 53,196.59 |
| **Priority** | | | | |
|   KENNETH P SEITZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIAM D STUFFT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIAM D STUFFT | 1,003.00 | 1,003.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIAM D STUFFT | 98.28 | 98.28 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICES OF KENNETH P SEITZ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH P SEITZ ESQ | 3,648.00 | 3,648.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   FIRST NATIONAL BANK OF PA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XX6793 | | | | |
|   CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXX9547 | | | | |
|   ENHANCED RECOVERY COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXX7726 | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: XXXXXXXXX0003 | | | | |
|   PENELEC/FIRST ENERGY** | 2,333.75 | 308.92 | 0.00 | 308.92 |
|     Acct: 1882 | | | | |
|   SOMERSET TRUST COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   SHAPIRO & DENARDO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 308.92 |

| | | |
|---|---|---:|
| TOTAL PAID TO CREDITORS | | 53,505.51 |

```
TOTAL
  CLAIMED              0.00
  PRIORITY        17,872.86
  SECURED          2,333.75
```

Date: 06/26/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　WILLIAM D STUFFT<br><br>　　　　　Debtor(s)<br><br>　Ronda J. Winnecour<br>　　　　　Movant<br>　　vs.<br>　No Repondents. | Case No.:15-70229 JAD<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

　　AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　　(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　　(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

　　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                               Case No. 15-70229-JAD
William D Stufft                                                     Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7         User: msch            Page 1 of 1              Date Rcvd: Jun 26, 2020
                             Form ID: pdf900       Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2020.
```
db         +William D Stufft,    1788 Barefoot Road,    Alum Bank, PA 15521-8064
cr         +CARRINGTON MTG SERV WILMINGTON SAVINGS,     1600 S. DOUGLASS RD.,    ANAHEIM, CA 92806-5948
14021824   +Aas Debt Recovery Inc,    Po Box 129,    Monroeville, PA 15146-0129
14021826   +Chestnut Ridge Area Joint Municipal Auth,    320 Lane Metal Road,    New Paris, PA 15554-9238
14029489   +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
14021832   +Penelec,    P.O. Box 3687,    Akron, OH 44309-3687
14021833   +Somerset Trust,    151 West Main Street,    Somerset, PA 15501-2068
15183790   +WILMINGTON SAVINGS, CARRINGTON MTG SERV,     1600 S. DOUGLASS RD.,    ANAHEIM, CA 92806-5948
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14021827      +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 27 2020 04:23:44      Credit Coll,
               Po Box 9134,    Needham, MA 02494-9134
14021828      +E-mail/Text: bknotice@ercbpo.com Jun 27 2020 04:23:04      Enhanced Recovery Co L,
               8014 Bayberry Rd,    Jacksonville, FL 32256-7412
14021829      +E-mail/Text: bankruptcy.notices@hdfsi.com Jun 27 2020 04:23:30      Esb/Harley Davidson Cr,
               Po Box 21829,    Carson City, NV 89721-1829
14021830       E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 27 2020 04:23:12      Jefferson Capital Syst,
               16 Mcleland Rd,    Saint Cloud, MN 56303
14050313       E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 27 2020 04:28:32      JPMorgan Chase Bank, N.A.,
               3415 Vision Drive,     OH4-7142,   Columbus, OH 43219
14021825       E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 27 2020 04:28:32      Chase Home Mortgage,
               P.O. Box 78420,    Phoenix, AZ 85062
14021831      +E-mail/PDF: cbp@onemainfinancial.com Jun 27 2020 04:27:14      OneMain Financial,
               9457 Lincoln Highway STE 103,     Bedford, PA 15522-3762
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             CARRINGTON MORTGAGE SERVICES, LLC
cr             JPMorgan Chase Bank, NA.
cr             JPMorgan Chase Bank, National Association
cr             Wilmington Savings Fund Society, FSB, et.al
14048120     ##+Penelec,    331 Newman Springs Rd., Bldg. 3,    Red Bank, NJ 07701-6771
                                                                                   TOTALS: 4, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2020 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, National Association
               andygornall@latouflawfirm.com
              James Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com
              Jerome B. Blank    on behalf of Creditor    CARRINGTON MORTGAGE SERVICES, LLC pawb@fedphe.com
              Kenneth P. Seitz    on behalf of Debtor William D Stufft thedebterasers@aol.com
              Kevin Scott Frankel    on behalf of Creditor    JPMorgan Chase Bank, NA. pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas Song    on behalf of Creditor    Wilmington Savings Fund Society, FSB, et.al pawb@fedphe.com
                                                                                              TOTAL: 8
```