**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

**DEFAULT O/E JAD** (Modified)

IN RE:
    WILLIAM D STUFFT

        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:15-70229 JAD

Chapter 13

Document No.: 61

FILED
7/28/20 12:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**ORDER OF COURT**

AND NOW, this __28th__ day of __July__, 20__20__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

   (7) The Debtor(s) SHALL FILE his/her Certificate of Discharge Eligibility by __August 18, 2020__ or sanctions may be imposed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE   jsf

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania
In re:                                                              Case No. 15-70229-JAD
William D Stufft                                                    Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-7         User: dkam              Page 1 of 1               Date Rcvd: Jul 28, 2020
                             Form ID: pdf900         Total Noticed: 16
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2020.
```
db             +William D Stufft,    1788 Barefoot Road,    Alum Bank, PA 15521-8064
cr             +CARRINGTON MTG SERV WILMINGTON SAVINGS,     1600 S. DOUGLASS RD.,    ANAHEIM, CA 92806-5948
14021824       +Aas Debt Recovery Inc,    Po Box 129,    Monroeville, PA 15146-0129
14021826       +Chestnut Ridge Area Joint Municipal Auth,    320 Lane Metal Road,    New Paris, PA 15554-9238
14029489       +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
14048120       +Penelec,    331 Newman Springs Rd., Bldg. 3,    Red Bank, NJ 07701-5688
14021832       +Penelec,    P.O. Box 3687,    Akron, OH 44309-3687
14021833       +Somerset Trust,    151 West Main Street,    Somerset, PA 15501-2068
15183790       +WILMINGTON SAVINGS, CARRINGTON MTG SERV,    1600 S. DOUGLASS RD.,    ANAHEIM, CA 92806-5948
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14021827       +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 29 2020 04:29:15     Credit Coll,
                 Po Box 9134,   Needham, MA 02494-9134
14021828       +E-mail/Text: bknotice@ercbpo.com Jul 29 2020 04:28:56     Enhanced Recovery Co L,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
14021829       +E-mail/Text: bankruptcy.notices@hdfsi.com Jul 29 2020 04:29:09     Esb/Harley Davidson Cr,
                 Po Box 21829,    Carson City, NV 89721-1829
14021830        E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 29 2020 04:29:02     Jefferson Capital Syst,
                 16 Mcleland Rd,    Saint Cloud, MN 56303
14050313        E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 29 2020 04:23:42
                 JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    OH4-7142,    Columbus, OH 43219
14021825        E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 29 2020 04:23:42     Chase Home Mortgage,
                 P.O. Box 78420,    Phoenix, AZ 85062
14021831       +E-mail/PDF: cbp@onemainfinancial.com Jul 29 2020 04:24:19     OneMain Financial,
                 9457 Lincoln Highway STE 103,    Bedford, PA 15522-3762
                                                                                              TOTAL: 7

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              CARRINGTON MORTGAGE SERVICES, LLC
cr              JPMorgan Chase Bank, NA.
cr              JPMorgan Chase Bank, National Association
cr              Wilmington Savings Fund Society, FSB, et.al
                                                                                   TOTALS: 4, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2020 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, National Association
               andygornall@latouflawfirm.com
              James Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com
              Jerome B. Blank    on behalf of Creditor    CARRINGTON MORTGAGE SERVICES, LLC pawb@fedphe.com
              Kenneth P. Seitz    on behalf of Debtor William D Stufft thedebterasers@aol.com
              Kevin Scott Frankel    on behalf of Creditor    JPMorgan Chase Bank, NA. pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas Song    on behalf of Creditor    Wilmington Savings Fund Society, FSB, et.al pawb@fedphe.com
                                                                                              TOTAL: 8
```